# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AUSTIN MICHAEL BEBER,** | |
| Plaintiff, | **8:23CV323** |
| vs. | |
| **NAVSAV HOLDINGS, LLC,** | **ORDER FOR CONSOLIDATION** |
| Defendant. | |
| **CODY ROACH,** | **8:23CV325** |
| Plaintiff, | |
| vs. | **ORDER FOR CONSOLIDATION** |
| **NAVSAV HOLDINGS, LLC,** | |
| Defendant. | |
| **JACKIE DAMON,** | **8:23CV351** |
| Plaintiff, | **ORDER FOR CONSOLIDATION** |
| vs. | |
| **NAVSAV HOLDINGS, LLC,** | |
| Defendant. | |

After review of the pleadings in the above-captioned cases, and with the parties' consent, the Court finds that consolidation of these cases for purposes of discovery pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED**:

1. The above-captioned cases are consolidated for purposes of discovery. The Court designates Case No. 8:23cv323 as the "Lead Case" and Case No. 8:23cv325 and 8:23cv351 as the "Member Cases."

2. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will

automatically be filed in the Member Cases. The parties are instructed to file documents in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

3. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal. Attempting to do so will cause a system error, and therefore these documents must be separately filed in each of the lead and member cases. When filing such documents, counsel may either file the document separately in each case, or file the document in the Lead Case and ask the court to then file it in all member cases.

4. If a party believes an item in addition to those described in paragraph 3 should not be filed in all of the consolidated cases, the party must move for permission to file the item in the Member Cases. The motion must be filed in all of the consolidated cases using the spread text feature.

Dated this 13th day of March, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge