IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN MICHAEL BEBER,<br><br>               Plaintiff,<br><br>vs.<br><br>NAVSAV HOLDINGS, LLC,<br><br>               Defendant. | **8:23CV323**<br>**8:23CV325**<br>**8:23CV351** |
| CODY ROACH,<br><br>               Plaintiff,<br><br>vs.<br><br>NAVSAV HOLDINGS, LLC,<br><br>               Defendant. | **ORDER ON STIPULATION TO STAY PROCEEDINGS** |
| JACKIE DAMON,<br><br>               Plaintiff,<br><br>vs.<br><br>NAVSAV HOLDINGS, LLC,<br><br>               Defendant. | |

      This case is before the Court on the parties' Stipulation in each case concerning stays of proceedings, which the parties jointly ask the Court to approve. Case No. 8:23cv323 Filing 80; Case No. 8:23cv325 ECF #86; Case No. 8:23cv351 ECF #81. The Court finds the Stipulation acceptable to manage the cases efficiently. Accordingly,

1

IT IS ORDERED that

1. the parties' Stipulation in each case is accepted;

2. the proceedings against Roach and Damon are stayed pending disposition of the Petition for Panel Review before the Eighth Circuit Court of Appeals;

3. once the ruling of the Eighth Circuit Court of Appeals on the joint petition for panel review is published, the parties shall contact United States Magistrate Judge Michael D. Nelson to schedule a status conference to set a briefing, evidence, and/or hearing schedule on any issues that this Court is directed to resolve on remand or raised by the parties in association with the remand; and

4. counsel for the parties shall confer with counsel for Unico and shall update the Court by January 10, 2025, regarding the procedure for a stipulation to add Unico as a party to these actions and to establish an answer date for Unico.

IT IS FURTHER ORDERED that the action involving Austin Beber, Case No. 8:23-cv-323, is not stayed and shall continue to remain active.

Dated this 20th day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge