IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN MICHAEL BEBER, | |
| Plaintiff, | |
| vs. | |
| NAVSAV HOLDINGS, LLC, | 8:23CV323 |
| Defendant/Counterclaimant, | 8:23CV325 |
| vs. | 8:23CV351 |
| AUSTIN MICHAEL BEBER and UNICO GROUP, INC., | |
| Counterclaim Defendants. | |
| CODY ROACH, | |
| Plaintiff, | **ORDER ON IDENTIFICATION OF EXHIBITS AND DOCUMENTS FOR JUNE 18, 2025, HEARING** |
| vs. | |
| NAVSAV HOLDINGS, LLC, | |
| Defendant/Counterclaimant, | |
| vs. | |
| CODY ROACH and UNICO GROUP, INC., | |
| Counterclaim Defendants. | |

1

| |
|---|
| JACKIE DAMON, |
|       Plaintiff, |
| vs. |
| NAVSAV HOLDINGS, LLC, |
|       Defendant/Counterclaimant, |
| vs. |
| JACKIE DAMON and UNICO GROUP, INC., |
|       Counterclaim Defendants. |

This case is set for a hearing on June 18, 2025, at CDT 1:00 p.m., on the Nebraska Plaintiffs' June 9, 2025, Motions for Temporary Antisuit Restraining Order and Preliminary Antisuit Injunction; for Speedy Partial Declaratory Judgments; and for a Stay of Texas State Court Proceedings. *See* Filing 129 at 3 (¶ 1). Although the Court previously entered an Order setting deadlines for certain submissions and some requirements for the hearing, Filing 129, the Court finds that Order requires some supplementation.

Specifically, the Court notes that the Nebraska Plaintiffs have submitted an Exhibit List designating various documents already in the record as numbered exhibits. *See* Filing 134. Doing so is unnecessary because the Court can take judicial notice of all prior filings in this case or in the appellate docket. The Court also notes that with their opening Brief and their Reply, the Nebraska Plaintiffs submitted sets of exhibits identified respectively as A through I and A through G. NavSav has also submitted with its Opposition exhibits identified as A through E. The designation of multiple documents as "Exhibit A" and some of those again by an exhibit number will inevitably

2

cause confusion during the hearing on June 18, 2025. To avoid such confusion, the Court will impose certain requirements on the identification of documents and exhibits during the hearing. Accordingly,

IT IS ORDERED that in the hearing in this matter on June 18, 2025,

1. Any document already filed in either the district court or the appellate court shall be identified exclusively by the CM/ECF docket number and docket page number.

> For example, Exhibit A to the [Second] Declaration of Gregory C. Scaglione shall be identified as "Filing 134-2" and any internal page of that document shall be identified as "Filing 134-2 at #" using the docket page number at the top of the document instead of any internal pagination of the document. Likewise, NavSav's Exhibit A in support of its Opposition shall be identified as "Filing 132-3" and use the docket page number.

2. All documents filed in all three cases shall be identified exclusively by the docket number in Beber's Case, 8:23cv323.

3. Any document filed only in an individual Nebraska Plaintiff's case shall be prefaced by the pertinent case number and by the CM/ECF docket number and docket page number in that case.

Dated this 17th day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge