IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN MICHAEL BEBER,<br><br>  Plaintiff,<br><br>vs.<br><br>NAVSAV HOLDINGS, LLC,<br><br>  Defendant/Counterclaimant,<br><br>vs.<br><br>AUSTIN MICHAEL BEBER and UNICO GROUP, INC.,<br><br>  Counterclaim Defendants. | **8:23CV323**<br>**8:23CV325**<br>**8:23CV351** |
| CODY ROACH,<br><br>  Plaintiff,<br><br>vs.<br><br>NAVSAV HOLDINGS, LLC,<br><br>  Defendant/Counterclaimant,<br><br>vs.<br><br>CODY ROACH and UNICO GROUP, INC.,<br><br>  Counterclaim Defendants. | **ORDER ON JOINT MOTIONS FOR DISMISSAL WITH PREJUDICE** |

1

| |
|---|
| JACKIE DAMON, |
|       Plaintiff, |
| vs. |
| NAVSAV HOLDINGS, LLC, |
|       Defendant/Counterclaimant, |
| vs. |
| JACKIE DAMON and UNICO GROUP, INC., |
|       Counterclaim Defendants. |

These consolidated cases are before the Court on the Joint Motion for Dismissal with Prejudice filed in each case by Plaintiffs, Defendant, Counterclaim Plaintiff, and Counterclaim Defendants. Filing 140.[1] The parties seek dismissal with prejudice of all claims, counterclaims, defenses, and pending motions in these consolidated actions because they have resolved all their disputes via settlement. Filing 140 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Motion for Dismissal with Prejudice in each case, Filing 140, is granted, and these consolidated actions, including all claims, counterclaims, defenses, and pending motions, are dismissed with prejudice.

Dated this 27th day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

---

[1] The Court references the pertinent motions only by the docket number in Beber's case, No. 8:23cv323.